# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| State of Oregon, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:19-cv-00317-MC |
| Alex M. Azar, II, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date: 03/06/2019

*Attorney's signature*

Brittany M. Jones, Va. Bar No. 93588
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
*Address*

BJones2@oag.state.va.us
*E-mail address*

(804) 371-0667
*Telephone number*

(804) 371-0200
*FAX number*