AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| STATE OF OREGON, et al., )<br>*Plaintiff* )<br>v. )<br>ALEX AZAR, et al., )<br>*Defendant* ) | Case No.   6:19-cv-00317-MC (Lead case) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae States of Ohio, Alabama, Arkansas, Indiana, Kansas, Kentucky (by and through its Governor) Louisiana, Missouri, Oklahoma, South Carolina, South Dakota, Tennessee, and Texas

Date:   04/11/2019

/s/ Benjamin M. Flowers
*Attorney's signature*

Benjamin M. Flowers (OH Bar No. 0095284 )
*Printed name and bar number*

Office of the Attorney General of Ohio
30 E. Broad St., 17th Floor
Columbus, Ohio 43215
*Address*

benjamin.flowers@ohioattorneygeneral.gov
*E-mail address*

(614) 466-8980
*Telephone number*

(614) 466-5087
*FAX number*