FILED

UNITED STATES COURT OF APPEALS

JUN 25 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ALEX M. AZAR II, in his Official Capacity as Secretary of the U.S. Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendants-Appellants. | Nos. 19-15974<br><br>D.C. No. 3:19-cv-01184-EMC<br>Northern District of California, San Francisco<br><br><br>ORDER |
| ESSENTIAL ACCESS HEALTH, INC.; MELISSA MARSHALL, M.D.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants-Appellants. | Nos. 19-15979<br><br>D.C. No. 3:19-cv-01195-EMC<br>Northern District of California, San Francisco |

| STATE OF OREGON; et al., | No.   19-35386 |
| --- | --- |
| Plaintiffs-Appellees, | |
| v. | D.C. Nos.   6:19-cv-00317-MC |
| | 6:19-cv-00318-MC |
| ALEX M. AZAR II; et al., | District of Oregon, |
| | Eugene |
| Defendants-Appellants. | |

| STATE OF WASHINGTON; et al., | Nos.   19-35394 |
| --- | --- |
| Plaintiffs-Appellees, | |
| v. | D.C. Nos.   1:19-cv-03040-SAB |
| | 1:19-cv-03045-SAB |
| ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; et al., | Eastern District of Washington, Yakima |
| Defendants-Appellants. | |

Before: THOMAS, Chief Judge and En Banc Coordinator.

The order filed at Docket Entry No. 26 in No. 19-15974 is amended as follows:

The Court is in receipt of Emergency Motions for Reconsideration En Banc filed by the Plaintiffs-Appellees in *State of Oregon, et. al. v. Azar*; No. 19-35386, and *State of Washington, et. al. v. Azar*; No. 19-35394. Defendants-Appellants are

2

granted leave to file a response to the Emergency Motions for Reconsideration En Banc on or before 5:00 p.m., Pacific time, Thursday, June 27, 2019. If Appellants elect to file a response, it shall not exceed 4,200 words. Ninth Circuit Rule 40-1.