**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra, | No.   19-15974 |
| Plaintiff-Appellee, | D.C. No. 3:19-cv-01184-EMC Northern District of California, San Francisco |
| v. | |
| ALEX M. AZAR II, in his Official Capacity as Secretary of the U.S. Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, | ORDER |
| Defendants-Appellants. | |
| ESSENTIAL ACCESS HEALTH, INC.; MELISSA MARSHALL, M.D., | No.   19-15979 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-01195-EMC |
| v. | |
| ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendants-Appellants. | |

| | |
|---|---|
| STATE OF OREGON; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ALEX M. AZAR II; et al., <br><br> Defendants-Appellants. | No.   19-35386 <br><br> D.C. Nos.   6:19-cv-00317-MC <br> 6:19-cv-00318-MC |
| STATE OF WASHINGTON; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; et al., <br><br> Defendants-Appellants. | No.   19-35394 <br><br> D.C. Nos.   1:19-cv-03040-SAB <br> 1:19-cv-03045-SAB |

Before:  THOMAS, Chief Judge and En Banc Coordinator.

The unopposed motion of American College of Obstetricians and Gynecologists and others for leave to file an amicus brief in support of the emergency motion for reconsideration en banc (No. 19-35386, Docket Entry No. 65) is granted.  The Clerk shall file the amicus brief.